IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY QUINN,**<br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**ETHICON, INC.,**<br>**JOHNSON & JOHNSON,**<br>**SECANT MEDICAL, INC., and**<br>**SECANT MEDICAL, LLC,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 19-5462** |

# O R D E R

**AND NOW**, this 26th day of February, 2020, upon consideration of Plaintiff's Motion for Remand (Doc. No. 4, filed Nov. 21, 2019), Defendants Ethicon, Inc. and Johnson & Johnson's Memorandum of Law in Opposition to Plaintiff's Motion to Remand (Doc. No. 13, filed Dec. 5, 2019), Plaintiff's Reply Brief in Support of Motion for Remand (Doc. No. 14, filed Dec. 9, 2019), the Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue by Defendants Ethicon, Inc. and Johnson & Johnson (Doc. No. 8, filed Nov. 26, 2019), and Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative to Transfer Venue (Doc. No. 15, filed Dec. 10, 2019), for the reasons stated in the accompanying Memorandum dated February 26, 2020, **IT IS ORDERED** as follows:

　　　1.　　Plaintiff's Motion for Remand is **DENIED**.

　　　2.　　Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue is **GRANTED IN PART AND DENIED IN PART**. The Motion to Transfer Venue is **GRANTED** and the case is **TRANSFERRED** to the United

States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1404(a).  The Motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that the Clerk of the United States District Court for the Eastern District of Pennsylvania shall provide the complete file in this case to the United States District Court for the Middle District of Florida.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED.**

            **BY THE COURT:**

            **/s/ Hon. Jan E. DuBois**

              **DuBOIS, JAN E., J.**